UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **11-23179-CIV-MORENO**

JULIO RODRIGUEZ,

    Plaintiff,

vs.

GREAT LAKES REINSURANCE (UK), PLC,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 52 and 58, and in accordance with the reasons stated in Open Court on August 28, 2012, judgment is entered in favor of the Defendant Great Lakes Reinsurance (UK), PLC and against Plaintiff Julio Rodriguez. The Court finds that Plaintiff Julio Rodriguez's failure to disclose the prior marine loss on his insurance application constituted a material misrepresentation. Accordingly, the Court finds the marine insurance policy void under the maritime doctrine of *uberrimae fidei*. Defendant Great Lakes Reinsurance (UK) PLC is ordered to return all premiums to the Plaintiff. In addition, the Court enters judgment in favor of the Plaintiff Julio Rodriguez and against Defendant Great Lakes Reinsurance (UK) PLC, and finds the Plaintiff's failure to disclose his prior traffic citations did not amount to a material misrepresentation. It is also

    **ADJUDGED** that all pending motions are DENIED as moot.

    DONE AND ORDERED in Open Court at Miami, Florida, this 29 day of August, 2012.

                                                                FEDERICO A. MORENO
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record